UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS FUSIC, on behalf of himself
and others similarly situated

       Plaintiff,

v.                                     Case No: 2:17-cv-390-FtM-38CM

KING PLASTIC CORPORATION,

       Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on review of United Sates Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 38), filed on April 3, 2018. The parties jointly move to waive the objection period. (Doc. 39). Thus, the matter is ripe for review.

Judge Mirando recommends granting the parties' Amended Joint Motion to Approve Settlement Agreement (Doc. 37) as a fair and reasonable resolution to a bona fide dispute under the Fair Labor Standards Act ("FLSA"). Upon a careful and thorough review of the findings, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C § 636(b)(1);

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

see also *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, the district judge is not required to conduct a *de novo* review of the factual findings, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). However, the district judge reviews legal conclusions *de novo*, even in the absence of an objection. *Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994)*.

After careful consideration of Judge Mirando's Report and Recommendation and after conducting an independent review of the record, this Court adopts, accepts, and approves the Report and Recommendation (Doc. 38).

Accordingly, it is now **ORDERED:**

1. United Sates Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 38) is **ACCEPTED and ADOPTED**.

2. The parties' Amended Joint Motion to Approve Settlement Agreement (Doc. 37) is **GRANTED**, and the Settlement Agreement (Doc. 37 at 6-11) is **APPROVED** as fair and reasonable.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the remainder of the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of April, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2